Exhibit "C" SANCTION

NO. 12-CPR-024269

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| WINTER GORDON SR., AKA | § | |
| WINTER GORDON JR., | § | NO. FOUR (4) |
| | § | |
| DECEASED | § | FORT BEND COUNTY, TEXAS |

## ORDER IMPOSING SANCTIONS

On ____6/20____, 2013, a hearing was held on the motion of Contestant for sanctions under the Texas Rules of Civil Procedure and the Texas Practices and Remedies Code in the above-styled and numbered cause. After considering the motion, response, pleadings, evidence and the arguments of counsel, the court is of the opinion that Contestant's motion should be **GRANTED** and in support thereof, the Court finds good cause exists to sanction Applicant and her attorney for the reasons stated in Contestant's Motion for Sanctions.

**IT IS THEREFORE ORDERED** that Applicant, Diana Offord, and her attorney, Diogu Kalu Diogu II, jointly and severally, for violating Rules 13, 21, 21a and 21b of the Texas Rules of Civil Procedure and T.C.P.R.C. 10.001 are hereby sanctioned. Said sanction will be the payment of the sum of $25,000.00 to the Contestant, West Houston Trees, Ltd.

**IT IS FURTHER ORDERED** that Applicant, Diana Offord, and her attorney, Diogu Kalu Diogu II, jointly and severally, pay $10,000.00 reasonable attorney's fees to the Contestant, West Houston Trees, Ltd.; and

**IT IS FURTHER ORDERED** that all such payments be made to Contestant in care of Contestant's attorney within ten (10) days of this order.

SIGNED AND ENTERED on June 20th, 2013.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_Russell C. Jones_ (signature)
Russell C. Jones
Attorney for Contestant, West Houston Trees, Ltd.
The Holoway Jones Law Firm, PLLC
407 Julie Rivers Drive
Sugar Land, TX 77478
Tel: (281) 242-8100
Fax: (281) 242-7474

_____
Diogu Kalu Diogu II
Attorney for Applicant, Diana Offord
P.O. Box 994
Fulshear, TX 77441
Houston, Texas 77054
Tel: (713) 791-3225
Fax: (281) 346-1941

FILED FOR RECORD
NO_____ TIME 2W A.M./P.M.
JUN 2 0 2013

_Dianne Wilson_
County Clerk Fort Bend Co. Tex.

2