United States District Court
Southern District of Texas
FILED

JUL - 1 2021

Nathan Ochsner
Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 9, 2021
Lyle W. Cayce
Clerk

No. 20-20445

Diana Gordon Offord,

*Plaintiff—Appellant,*

versus

City of Fulshear,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-2386

---

Before Higginbotham, Stewart, and Wilson, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jul 01, 2021

Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 01, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 20-20445    Offord v. City of Fulshear
                         USDC No. 4:19-CV-2386

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Rebecca L. Leto, Deputy Clerk
                504-310-7703

cc:  Mr. Diogu Kalu Diogu II
     Mr. Ramon Gustave Viada III